NTCASCLM

# United States Bankruptcy Court

**Northern District of Illinois**

**Eastern Division**
**219 S Dearborn**
**7th Floor**
**Chicago, IL 60604**

In Re:

Shenita N Brown
99 Fir St.
Park Forest, IL 60466
SSN: xxx–xx–7835 EIN: N.A.

Case No. : 26–01178

Chapter : 13
Judge : Jacqueline P. Cox

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : FLAGSHIP FINANCIAL GROUP

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Westlake Portfolio Management, LLC of your claim in the above matter, designated Claim No. 1 .   If no objections are filed by you on or before May 26, 2026 the Court shall substitute Westlake Portfolio Management, LLC in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: May 5, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court