# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–1 | User: admin | Date Created: 5/5/2026 |
| Case: 26–01178 | Form ID: ntcasclm | Total: 4 |

**Recipients of Notice of Electronic Filing:**

tr      Thomas H. Hooper     thomas.h.hooper@chicagoch13.com
aty    David M Siegel    davidsiegelbk@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Shenita N Brown    99 Fir St.    Park Forest, IL 60466
31850800   FLAGSHIP FINANCIAL GROUP   PO BOX 3807   COPPELL, TX 75019

TOTAL: 2